# COMPLAINT FORM

(for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____

(Full name of plaintiff(s))

_Kevin Tumey Sr_

_____

_____

vs

(Full name of defendant(s))

1. _Indiana Civil Right Commission_
2. _Oluwatosin Afuwape (employee)_

_____

**FILED**

SEP - 1 2023

U.S. DISTRICT COURT
NEW ALBANY, INDIANA

Case Number: 4:23-cv-0152 TWP KMB

(to be supplied by clerk of court)

## A. PARTIES

1. Plaintiff is a citizen of _Kentucky_ (State) and resides at _6900 Deep Spring Court_ (Address)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant _Oluwatosin Afuwape, and Indiana Civil Right Commission_ (Name)

is (if a person or private corporation) a citizen of ___Indiana___
(State, if known)

and (if a person) resides at _100 N Senate Ave #N300, Indianapolis, IN 46204_
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1. My rights have been violated by many state officials who have decided, under extreme pressure, to never investigate my 54 false arrest. I have been Politically a target for a very long time. My rights was violated by the ~~ICHH~~ ICRC and Oluwatosin Afuwape.

2. Oluwatosin Afuwape, gave inaccurate statements to the Indiana State Police, in (Indianapolis, IN). from a conversation we had that lead to a false arrest and hardship.

3. This took place on or about December 7, 2022.

4. This took place at Indiana Civil Right Commission while Oluwatosin Afuwape was at work and I was at my resident.

5. I'm not really sure other than the facts that from my information from my attorney that, Mrs. Afuwape was african decent, with broken english and misunderstood what I have said. At the end of all of this the State of Indiana, made her the victim when evidence will show that was not in fact possible. The State also claim that there was no recorded conversation between, Oluwatosin Afuwape and I, when in fact there was or it was destroyed, but cell phone Records will prove otherwise. If no evidence could have been presented then I was infacted malicious prosecuted and held unlawfully on a $100,000 thousand full case Bond.

C.   JURISDICTION

☑   I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐   I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.   RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

If I win my lawsuit, I would like a public apologize for the hardship and embarrassment to my family and I. Also I would like a jury to decide my amount of money at stake in the case, but I am asking in the amount of $7 millions for each day that I was Incarcerated and lost my job in the process of 2 and a half years.

E.  JURY DEMAND

☑ Jury Demand – I want a jury to hear my case

OR

☐ Court Trial – I want a judge to hear my case

Dated this 21 day of June 2023.

Respectfully Submitted,

_____
Signature of Plaintiff

502-435-4590
Plaintiff's Telephone Number

_____
Plaintiff's Email Address

6900 Deep Spring Court
Louisville, Ky 40228
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.