**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| KEVIN TUMEY, SR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:23-cv-00152-TWP-KMB |
| INDIANA CIVIL RIGHTS COMMISSION, OLUWATOSIN AFUWAPE employee, | ) ) ) ) |
| Defendants. | ) ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court having this day made its Entry directing the entry of final judgment, the Court now enters **FINAL JUDGMENT**. This action is dismissed without prejudice.

Dated: 10/24/2023

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: _____
Deputy Clerk

Distribution:

KEVIN TUMEY, SR.
6900 Deep Spring Court
Louisville, KY 40228